692 F.2d 595
 Rory MAYO, Petitioner-Appellee,
v.
ATTORNEY GENERAL, STATE OF HAWAII, and Kase Higa, Judge of
the Second Circuit, State of Hawaii, Respondents-Appellants.
 No. 81-4678.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Aug. 13, 1982.
Decided Nov. 9, 1982.
 
 James H. Dannenberg, Honolulu, Hawaii, for respondents-appellants.
 Earle A. Partington, Schweigert & Associates, Honolulu, Hawaii, for petitioner-appellee.
 Appeal from the United States District Court for the District of Hawaii.
 Before SCHROEDER, FLETCHER and NORRIS, Circuit Judges.
 
 ORDER
 
 1
 The judgment is affirmed for the reasons stated in the district court's opinion. Mayo v. Attorney General, State of Hawaii, 528 F.Supp. 833 (D.Haw.1981).